**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Case No. 5:26-CR-00001** |
| | ) | |
| **DEON ANDRE GREEN,** | ) | |
| a/k/a "Dalayah Assir Yashar'al," | ) | |
| *Defendant.* | ) | |

**UNITED STATES' NOTICE OF INTENT TO USE**
**EVIDENCE PURSUANT TO FED. R. EVID. 902(11) AND 902(4)**

The United States hereby gives notice of its intent to offer as evidence in its case-in-chief

the business and public records described below:

| Record and Source | Bates Numbers | Certificate (If Applicable) | Applicable Rules of Evidence |
|---|---|---|---|
| Documents provided by Page County, VA Department of Social Services | USA_319_Green to USA_323_Green; USAO_392_Green to USAO_493_Green; USAO_543_Green to USAO_558_Green | USA_323_Green; Attached as Exhibit 1 | Fed. R. Evid. 902(11), 803(6)(A)-(C) |
| Account Records from Fifth Third Bank; Audio Recordings from Fifth Third Bank | USA_189_Green to USA_315_Green; _1_1_7520263413829810683_1_126_1_3.wav (Audio Recording); _3_3_7583088464618391664_1_126_1_2.wav (Audio Recording); _2_2_7532602524160821504_1_126_1_1.wav (Audio Recording); | USA_315_Green | Fed. R. Evid. 902(11), 803(6)(A)-(C) |
| T-Mobile Records | USA_317_Green to USA_318_Green; CDRT_Ocient_2693696609_2026-0015366-02-00; | USA_318_Green | Fed. R. Evid. 902(11), 803(6)(A)-(C) |
| Michigan State Police Sex Offender Registration Certified Record | USA_093_Green to USA_102_Green; PTD_064_Green to PTD_070_Green | Attached as Exhibit 2 | Fed. R. Evid. 902(11), 803(6)(A)-(C); Fed. R. Evid. |

| Record and Source | Bates Numbers | Certificate (If Applicable) | Applicable Rules of Evidence |
|---|---|---|---|
| (2017); Certified Michigan State Police Sex Offender Registration/Update Form (2015) | | | 902(4)(A), 801(d)(2) |
| Michigan State Court Records: Certified Judgment of Sentence; Certified Judgment, Information, and Docket | PTD_064_Green; USA_103_Green to USA_115_Green | | Fed. R. Evid. 902(4)(A), 801(d)(2) |
| Redacted Virginia State Police Sex Offender Registry Records | Attached (5 pages) as Exhibit 3 | | Fed. R. Evid. 902(4)(A), 803(6), 803(7) |
| Certified Transcript of January 8, 2026 Hearing | USA_380_Green to USA_391_Green | | Fed. R. Evid. 902(4)(A), 801(d)(2) |
| Certified Transcript of January 29, 2026 Hearing | USAO_530_Green to USAO_542_Green | | Fed. R. Evid. 902(4)(A), 801(d)(2) |

The United States has received records from multiple sources during its investigation through legal process and other means. In the case of domestic records of regularly conducted activities, the custodians of those records provided certifications that these records were maintained in the ordinary course of business and met the requirements set forth in Federal Rule of Evidence 803(6)(A)-(C). Those certificates were previously provided in discovery or otherwise attached hereto and comply with Federal Rule of Evidence 902(11). In the case of public records, the Government will introduce the above-described, certified court and other records in accordance with Rules 902(4) and 803(10).

2

In sum, the United States may seek to introduce these records without calling a custodian of the records to authenticate or introduce them at trial and hereby gives notice of same.

Respectfully submitted,

/s/ Christopher B. Browne
Christopher B. Browne
Special Assistant United States Attorney
Florida Bar No. 91337
United States Attorney's Office
255 West Main Street, Room 130
Charlottesville, Virginia 22902
Tel: 434-244-5466
Email: Christopher.Browne@usdoj.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2026, I caused to be filed electronically the above-captioned pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Christopher B. Browne
Special Assistant United States Attorney