# CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity that are the subject of this certification.

2. The records of regularly conducted business activity ("hereinafter records") that are the subject of this certification are identified as: *[If this is insufficient room in which to adequately identify the items certified, complete on a separate sheet and refer to that sheet here.]*

## See attached Exhibit A

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

_Tammy Wright, Page County DSS_
Signature of Declarant

_Tammy Wright, Page County DSS_
Print Name of Declarant

_Family Services Specialist_
Title of Declarant

_Page County DSS_
Company Name

_P.O. Box 47/ 215 W. Main St. Stanley, VA 22851_
Business Address and Telephone Number

_4/14/26_
Date of Declaration / Execution

EXHIBIT 1

EXHIBIT A

TO CERTFICIATE OF RECORDS

1) Greyhound Bus tickets dated September 25, 2025
2) VA Department of Social Services Comprehensive Reports (Accurint reports) for D Yasharal and H. Durham dated 12/4/2025
3) VA Department of Social Services Consent to Exchange Information dated 9/24/2025
4) VA Department of Social Services Page County CSA Emergency Funding Request Form dated 12/2/2025
5) Email exchanges for Accurint Search dated 12/2/2025
6) Email exchanges for Accurint Search report dated 12/4/2025
7) VA Department of Social Services CACMS Detailed Case Data Report
8) Page County Department of Social Services Vendor Invoices and payment receipts for purchases