

# COMMONWEALTH OF VIRGINIA

**Colonel Matthew D. Hanley**
Superintendent

(804) 674-2000

## DEPARTMENT OF STATE POLICE
P. O. Box 27472, Richmond, VA 23261-7472

Lt. Colonel Keenon C. Hook
Deputy Superintendent

By the authority vested in me by Colonel Matthew D. Hanley, Superintendent of the Virginia Department of State Police, pursuant to Chapter 9 (§9.1-900 et. seq.) of Title 9.1, 19.2-390.1 and 18.2-472.1 of the Code of Virginia. I, Amanda M. Rader, as custodian of records for the Sex Offender and Crimes Against Minors Registry, advise that the files of the Sex Offender and Crimes Against Minors Registry have been thoroughly searched utilizing the following information:

> **Sex Offender's Name: Deon Andre Green aka Dalayah Assir Yashar'al**
>
> Date of Birth:
>
> Social Security Number:
>
> FBI#:

The records of the Virginia Department of State Police show Deon Andre Green aka Dalayah Assir Yashar'al is a Tier III offender and is required to register and that no Initial Sex Offender Registration form (SP236) has been received regarding this subject.

Amanda M Rader
Criminal Justice Information Services
Virginia Department of State Police

Subscribed and sworn to before me Lonnice R DuPree, the 18 day of December, 2025, in the County of Chesterfield, State of Virginia.

Lonnice R DuPree
Notary Public

Lonnice R DuPree
Commonwealth of Virginia
Notary Public
Commission No. 7806602
My Commission Expires 5/31/2027

My Commission Expires: May 31, 2027.

**A NATIONALLY ACCREDITED LAW ENFORCEMENT AGENCY**
TDD 1-800-553-3144
EXHIBIT 3



# COMMONWEALTH OF VIRGINIA

**Colonel Matthew D. Hanley**
**Superintendent**

**(804) 674-2000**

## DEPARTMENT OF STATE POLICE
P. O. Box 27472, Richmond, VA 23261-7472

**Lt. Colonel Keenon C. Hook**
**Deputy Superintendent**

To Whom It May Concern:

Under the authority of Chapter 9, (§9.1-900 et. seq.) of Title 9.1, 19.2-390.1 and 18.2-472.1 of the <u>Code of Virginia,</u> I hereby delegate to Amanda M. Rader, Criminal Justice Information Services Division, the authority to sign for me any and all affidavits relating to the Sex Offender and Crimes Against Minors Registry.

This authority became effective May 7, 2013 and shall remain in effect until revoked.

Executed at Chesterfield, Virginia this __28th__ day of February, 2025.

Colonel Matthew D. Hanley, Superintendent
Virginia State Police

I certify that this document is a true and exact copy executed this 28th day of ___Feb.___, 2025, in the County of Chesterfield, State of Virginia. My commission expires __09\30\2025__

NICHOLE MICHELLE GAJEWSKI
NOTARY PUBLIC
REGISTRATION # 7730015
COMMONWEALTH OF VIRGINIA
COMMISSION EXPIRES: 9/30/2025

Notary Public

Notary Seal

US MARSHAL
REQUEST

**Virginia State Police**
**Sex Offender and Crimes Against Minors Registry**

## RESEARCH SHEET

| Registration # | NONE | SP236 Received | NONE | |
|---|---|---|---|---|
| Date Submitted: | NONE | Date Rec'd in SOR: | | 12/18/2025 |
| Date / Assigned by: | 12/18/2025/ DONNA | Name of Researcher: | | DONNA |

| Name of Offender: | *GREEN, DEON ANDRE* |
|---|---|
| Date of Birth: | Age @ Time of Offense: |

| Conviction(s) (literal) | Criminal Sexual Conduct-3rd Degree (Multiple Variables) | | NCIC Codes | |
|---|---|---|---|---|
| Statute #(s) | 750.520d | State of | Michigan | 1. |
| Convicting Court | Second Circuit Court, County of Berrien | | 2. | |
| Court Case #(s) | 2010018050-FC | | 3. | |
| Date of Offense: | Not currently available | Date of Conviction: | 01/03/2011 | |
| Out of State ONLY | Tier Status: Tier III | Years required to register: | VA Similar Code (ex. 18.2-64): | |

| ** Check if attached: | X Court Order | Indictment | Warrant | Information Report |
|---|---|---|---|---|

| Victim DOB & Age @ Time of Offense | At least 13 years but less than 16 years | |
|---|---|---|
| Sex of Victim: | female | |
| *** This portion __must__ be filled out prior to continuing through the registration process *** | | |

| Department of Corrections / Jail: | State Prison |
|---|---|
| Sentence Received: | 21 months min, 180 months max |
| Date Released from Prison / Jail: | |
| Probation / Parole? NO or YES If YES, Date Probation/Parole Completed: | |

Notes:

| Date Form Forwarded to Management: | 12/18/2025 | |
|---|---|---|
| Name & Date of SOR Supervisor / Manager for Classification | | |
| **TIER III AMANDA.RADER 12/18/2025** | | |

| Date & Employee for Entry: | | Date for Modification: | |
|---|---|---|---|
| FINAL FINDING: | | | |

Revised 07/15/20 JKL



# COMMONWEALTH OF VIRGINIA

Colonel Matthew D. Hanley
Superintendent

(804) 674-2000

**DEPARTMENT OF STATE POLICE**
P. O. Box 27472, Richmond, VA 23261-7472

Lt. Colonel Keenon C. Hook
Deputy Superintendent

By the authority vested in me by Colonel Matthew D. Hanley, Superintendent of the Virginia Department of State Police, pursuant to Chapter 9 (§9.1-900 et. seq.) of Title 9.1, 19.2-390.1 and 18.2-472.1 of the Code of Virginia. I, Amanda M. Rader, as custodian of records for the Sex Offender and Crimes Against Minors Registry, advise that the files of the Sex Offender and Crimes Against Minors Registry have been thoroughly searched utilizing the following information:

Sex Offender's Name: **Deon Andre Green aka Dalayah Assir Yashar'al**

Date of Birth:

Social Security Number:

The records of the Virginia Department of State Police show Deon Andre Green aka Dalayah Assir Yashar'al is required to re-register and that no Initial Sex Offender Registration form (SP236) has been received regarding this subject.

Amanda M Rader
Criminal Justice Information Services
Virginia Department of State Police

Subscribed and sworn to before me Lonnice R DuPree, the 4ᵗʰ day of December 2025, in the County of Chesterfield, State of Virginia.

Lonnice R DuPree
Notary Public

My Commission Expires: May 31, 2027.

A NATIONALLY ACCREDITED LAW ENFORCEMENT AGENCY
TDD 1-800-553-3144



# COMMONWEALTH OF VIRGINIA

| Colonel Matthew D. Hanley<br>Superintendent | **DEPARTMENT OF STATE POLICE**<br>P. O. Box 27472, Richmond, VA 23261-7472 | Lt. Colonel Keenon C. Hook<br>Deputy Superintendent |
|---|---|---|

**(804) 674-2000**

To Whom It May Concern:

Under the authority of Chapter 9, (§9.1-900 et. seq.) of Title 9.1, 19.2-390.1 and 18.2-472.1 of the <u>Code of Virginia</u>, I hereby delegate to Amanda M. Rader, Criminal Justice Information Services Division, the authority to sign for me any and all affidavits relating to the Sex Offender and Crimes Against Minors Registry.

This authority became effective May 7, 2013 and shall remain in effect until revoked.

Executed at Chesterfield, Virginia this __28ᵗʰ__ day of February, 2025.

Colonel Matthew D. Hanley, Superintendent
Virginia State Police

I certify that this document is a true and exact copy executed this 28ᵗʰ day of __Feb.__, 2025, in the County of Chesterfield, State of Virginia. My commission expires __09\30\2025__

NICHOLE MICHELLE GAJEWSKI
NOTARY PUBLIC
REGISTRATION # 7730015
COMMONWEALTH OF VIRGINIA
COMMISSION EXPIRES: 9/30/2025

Notary Public

Notary Seal

A NATIONALLY ACCREDITED LAW ENFORCEMENT AGENCY
TDD 1-800-553-3144