# FEDERAL BUREAU OF INVESTIGATION
# CELLULAR ANALYSIS SURVEY TEAM



Special Agent Jeremy D'Errico
FBI Richmond Division

**Historical Cell Site and Location Data Analysis**
269-369-6609 – T-Mobile

April 30, 2026

USAO-000669-Green

# Background and Methodology



### 1.    Background

The United States Marshals Service requested assistance from the Federal Bureau of Investigation (FBI) Cellular Analysis Survey Team (CAST) with the analysis of cell site records for 269-369-6609 ("questioned cell phone").  The questioned cell phone is believed to be associated with an unregistered sex offender residing in and around Western District of Virginia between August 1, 2025 – January 7, 2026.

### 2.    Methodology

An analysis was performed on the call detail records obtained for the questioned cell phone.  The call detail records documented the network interaction to and from the questioned cell phone.  Additionally, the records documented the cell tower and cell sector ("cell site") which served the questioned cell phone during this activity.  Used in conjunction, the call detail records and a list of cell site locations illustrate an approximate location of the questioned cell phone when it was in contact with the network.

### 2.1    Cell Site Locations

Cell sites in existence during the time of the incident were input into mapping software using latitude/longitude coordinates of the cell sites provided by the service provider. The cell sites associated with the questioned cell phone were located utilizing the mapping software and the plotted cell site data.

### 3.    Conclusions

A historical cell site and location data analysis was performed on the call detail records for the questioned cell phone.  The methods detailed in Sections 2 and 2.1 were used to produce the attached historical cell site and location data analysis maps.

USAO-000670-Green

# Example Cell Tower (3-sides)



USAO-000671-Green

# Example Sector Orientation



### Cell Site Record

**Verizon**

Cell Number:  114046

Latitude:  37.59126
Longitude:  -77.46756

Sector 1:  0°
Sector 2:  120°
Sector 3:  240°

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

USAO-000672-Green



**T-Mobile Cell Sites Used**

**❶ Cell Sites**
August 1, 2025 8:08 AM – August 18, 2025 7:24 AM

**❷ 35011**
August 18, 2025
2:48 PM -- Call from 248-858-1272

**❸ 29725 & 32581**
August 18, 2025
7:45 PM -- Call from 248-722-6267
August 19, 2025
6:31 AM -- Call from 443-350-4567

**❹ 348692**
August 19, 2025
8:53 AM -- Call from 248-625-8555

**❺ Cell Sites**
August 19, 2025 12:16 PM – August 31, 2025 8:44 PM

Note: This map depicts travel from the Michigan area to the western Virginia area. Not all records are described or depicted on the map.

USAO-000673-Green



**T-Mobile Cell Sites Used**

**❸ Cell Sites**
September 26, 2025 4:31 PM – September 29, 2025 11:09 AM

**❶ ❹ Cell Sites**
September 1, 2025 5:06 AM – September 25, 2025 8:10 AM
September 29, 2025 7:42 PM – September 30, 2025 1:29 PM

**❷ Cell Site**
August 25, 2025
6:01 PM -- Call to 317-563-7360

Note:  This map depicts travel from the western Virginia area, through Tennessee and Indiana to the Michigan area, then back to the western Virginia area.  Not all records are described or depicted on the map.

4/30/2026        Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.        6
USAO-000674-Green



**T-Mobile Cell Sites Used**

**Cell Sites**
October 1, 2025 9:16 AM – October 31, 2025 12:05 PM

USAO-000675-Green

**T-Mobile Cell Sites Used**

**Cell Sites**
November 1, 2025 11:47 AM – November 30, 2025 5:38 PM

USAO-000676-Green



T-Mobile Cell Sites Used

**Cell Sites**
December 1, 2025 8:26 AM – December 31, 2025 9:05 PM

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

USAO-000677-Green



USAO-000678-Green

# FEDERAL BUREAU OF INVESTIGATION
# CELLULAR ANALYSIS SURVEY TEAM



## End of Report

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

USAO-000679-Green